UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

ROBERT SAAD

 -vs-                                            Case No. 2:09-CV-13619-VAR-DAS
                                                Hon. Victoria A. Roberts
                                                Magistrate Judge: Donald A. Scheer

ASSET ACCEPTANCE, LLC,
     Defendant.

## STIPULATED ORDER OF DISMISSAL

Having been advised by the stipulation of the parties below, it is ordered that the claims

against Asset Acceptance LLC,  are dismissed with prejudice and without costs, attorney fees or

sanctions to any party.

The Court retains jurisdiction only for purposes of enforcing the settlement in this matter.

**So ordered**.

                                                S/Victoria A. Roberts
                                                Honorable Victoria A. Roberts

Entered : 11/28/09

Stipulated To By:

| | |
|---|---|
| s/ Julie A. Petrik | s/ by consent Robert Horwitz |
| Julie A. Petrik (P47131) | Robert Horwitz (P-51466) |
| Attorney For Plaintiff | Attorney for Asset Acceptance, LLC |
| Lyngklip & Associates Consumer Law Center, PLC | Asset Acceptance, LLC |
| | 28405 Van Dyke Avenue |
| Southfield, MI 48075 | Warren, MI  48093 |
| (248) 208-8864 | (586) 983-7684 |
| JuliePetrik@Att.Net | rhorwitz@assetacceptance.com |